IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Shannon S., <br><br> Plaintiff, <br><br> v. <br><br> Frank Bisignano, Commissioner of Social Security Administration, <br><br> Defendant. | C/A No. 0:24-cv-7565-SAL <br><br><br> **ORDER** |

[1][2]Shannon S. ("Plaintiff") brought this action pursuant to 42 U.S.C. § 405(g) to obtain judicial review of the final decision of the Commissioner of Social Security ("Commissioner") regarding her claim for Supplemental Security Income. On January 13, 2026, Judge Paige Jones Gossett issued a Report and Recommendation ("Report"), recommending that the court reverse the decision of the Commissioner and remand this matter for further proceedings under sentence four of 42 U.S.C. § 405(g). [ECF No. 20.] Objections to the Report were due on January 27, 2026. No objections have been filed.

The magistrate judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The court is charged with making a de novo determination of only those portions of the Report that have been specifically objected to, and the court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). Without objections, the court need not provide an explanation for adopting the Report and must "only satisfy itself that there is no clear error on the face of the record in order

---

[1] The Committee on Court Administration and Case Management of the Judicial Conference of the United States has recommended due to significant privacy concerns in social security cases that federal courts refer to claimants only by their first name and last initials in court opinions.

[2] Frank Bisignano was sworn in as the Social Security Commissioner on May 7, 2025. Under Fed. R. Civ. P. 25(d), he is substituted as a party to this action.

to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the Report, the applicable law, and the record of this case in accordance with the above standard, the court finds no clear error, adopts the Report, ECF No. 20, and incorporates the Report by reference herein. Accordingly, the court **REVERSES** the decision of the Commissioner under sentence four of 42 U.S.C. § 405(g) and **REMANDS** this matter for further proceedings consistent with the Report.

    **IT IS SO ORDERED.**

January 28, 2026　　　　　　　　　　　　　　Sherri A. Lydon
Columbia, South Carolina　　　　　　　　　　United States District Judge

2